# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

129380

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GARY BENGSTON and ANNIS BENGSTON,
    Plaintiffs-Appellees,

v

                                     SC: 129380
                                     COA: 250556

DELTA COUNTY, and DELTA COUNTY
ZONING & BUILDING DEPARTMENT,
    Defendants-Appellants.

                                     Delta CC: 02-016489-CE

_____/

      On order of the Court, the application for leave to appeal the June 2, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006                _____

p0221                                      Clerk